IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR119 |
| | ) | |
| V. | ) | |
| | ) | |
| RANDALL D. HERRING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue (filing 62) is granted.

(2)   Defendant Herring's revocation hearing is rescheduled to Wednesday, October 21, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 28th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge