IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RANDALL HERRING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's unopposed motion to continue (filing 64) is granted.

(2) Defendant Herring's revocation hearing is rescheduled to Friday, December 11, 2009, from 11:00 a.m. to 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated October 21, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge