IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR119 |
| | ) | |
| V. | ) | |
| | ) | |
| RANDALL D. HERRING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the plaintiff's oral motion, and without objection by the defendant,

IT IS ORDERED that Defendant Herring's revocation hearing is rescheduled to Tuesday, December 15, 2009, at 4:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 22nd day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge