IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RANDALL D. HERRING, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshal Service, and without objection by the parties,

IT IS ORDERED that Defendant Herring's revocation hearing is rescheduled to Thursday, January 28, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated January 19, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge